PROB 12C
(6/16)

Report Date: November 30, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Twylah Jean Miller | Case Number: 0980 2:16CR00182-RMP-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: January 9, 2018 | |
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Original Sentence: Prison - 366 days<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: George J.C. Jacobs | Date Supervision Commenced: April 29, 2018 |
| Defense Attorney: Kathryn Lucido | Date Supervision Expires: April 28, 2028 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/17/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or probation officer.<br><br>**Supporting Evidence**: It is alleged that Twylah Miller violated the terms of her supervised release by leaving the Eastern District of Washington and entering th District of Idaho on or about November 3, 2021.<br><br>On April 29, 2018, supervision commenced in this matter. On May 3, 2018, a supervision intake was completed. Her conditions of supervised release were reviewed with her. She signed her judgment acknowledging an understanding of her conditions, which included the above-noted special condition number 3.<br><br>On November 3, 2021, the undersigned received a notification that Ms. Miller may have had contact with the Idaho State Police.<br><br>Ms. Miller contacted the probation office on November 3, 2021, claiming her daughter used her identification after being pulled over in Idaho. Ms. Miller has not been able to verify this claim. |

Prob12C
**Re: Miller, Twylah Jean**
**November 30, 2021**
**Page 2**

        The Idaho State police officer who pulled over Ms. Miller was contacted and advised that it was in fact Ms. Miller whom he pulled over just of Highway 58 on November 3, 2021. He advised Ms. Miller mentioned at the time of contact she was not supposed to be traveling in Idaho. He further noted that Ms. Miller initially stated she was going to the casino, but changed her story and stated she traveled to Idaho to purchase cigarettes. The officer noted that she was pulled over approximately 1 mile from the Coeur d'Alene Casino.

5        **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: It is alleged that Twylah Miller violated the terms of her supervised release by consuming a controlled substance, methamphetamine and marijuana, on or about November 9, 2021.

        On April 29, 2018, supervision commenced in this matter. On May 3, 2018, a supervision intake was completed. Her conditions of supervised release were reviewed with her. She signed her judgment acknowledging an understanding of her conditions, which included the above-noted special condition number 4.

        On November 9, 2021, a sweat patch was applied to Ms. Miller and was removed on November 18, 2021. The sweat patch was sent to the laboratory which revealed a positive presence for amphetamine and methamphetamine, and THC (tetrahydrocannabinol, the main psychoactive component of marijuana).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/30/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Miller, Twylah Jean**
**November 30, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

11/30/2021
Date