PROB 12C
(6/16)

Report Date: November 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 27, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Twylah Jean Miller          Case Number: 0980 2:16CR00182-001

Address of Offender: ███████████████ Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: January 9, 2018

Original Offense:          Possession With Intent to Distribute Methamphetamine, 21 U.S.C. §
                           841(a)(1),(b)(1)(C)

Original Sentence:         Prison - 366 days;          Type of Supervision: Supervised Release
                           TSR - 120 months

Revocation Sentence:       Prison- 66 days
(January 14, 2022)         TSR- 30 months

Asst. U.S. Attorney:       George J. C. Jacobs, III     Date Supervision Commenced: February 21, 2022

Defense Attorney:          Amy Rubin                    Date Supervision Expires: August 20, 2024

---

### PETITIONING THE COURT

To issue a summons.

On February 23, 2022, a U.S. probation officer reviewed Ms. Miller's conditions of supervised release with her. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1          **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

           **Supporting Evidence**: It is alleged that Ms. Miller violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about November 12, 2023.

Prob12C
**Re: Miller, Twylah Jean**
**November 27, 2023**
**Page 2**

On November 14, 2023, Ms. Miller reported to the U.S. Probation Office. She was instructed to provide a urine sample. She walked into the area where the urinalysis was to be collected before the undersigned officer. When the undersigned walked into the area, Ms. Miller was already sitting on the toilet and providing the urinalysis. Her pants were very wet all across the top of her sweat pants and the smell of urine was very strong. She was asked to stand up so the undersigned could examine the toilet and see if there was any contraband. Ms. Miller was asked several times if she brought urine into the probation office, to which she denied. The sample was sent the lab for confirmation. On November 21, 2023, the urine sample returned negative for all illicit substances.

Due the suspected tampering of the urinalysis, a sweat patch was placed on Ms. Miller. She signed a form denying any use of illicit substances.

On November 15, 2023, Ms. Miller reported to the United States probation office and after further questioning she admitted to using methamphetamine on November 12, 2023. She signed an admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/27/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[ x ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

11/27/2023

Date