PROB 12C
(6/16)

Report Date: February 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Twylah Jean Miller | Case Number: 0980 2:16CR00182-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ | Airway Heights, Washington 99001 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Presiding Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 9, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(C) | | |
| Original Sentence: | Prison - 366 days; TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (January 14, 2022) | Prison- 66 days TSR: 30 months | | |
| Asst. U.S. Attorney: | Freida Zimmerman | Date Supervision Commenced: | February 21, 2022 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | August 20, 2024 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2023.

On February 23, 2022, a U.S. probation officer reviewed Ms. Miller's conditions of supervised release with her. She signed her judgment acknowledging her understanding of her conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ms. Miller violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about January 26, 2024. |

Prob12C
**Re: Miller, Twylah Jean**
**February 12, 2024**
Page 2

On January 16, 2024, Ms. Miller reported to the U.S. Probation Office. She submitted a urinalysis which returned presumptive positive for methamphetamine. She denied use and the sample was sent to the lab for confirmation. Due to the presumptive positive and her denial, a sweat patch was placed on Ms. Miller.

On January 22, 2024, the urinalysis returned from the lab negative.

On January 23, 2024, Ms. Miller reported to the U.S. Probation Office. The sweat patch was removed and sent to the lab for confirmation.

On February 12, 2024, the sweat patch returned positive for methamphetamine and amphetamine was present.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/12/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer

February 13, 2024

Date