PROB 12C
(6/16)

Report Date: April 26, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Twylah Jean Miller  　　　　Case Number: 0980 2:16CR00182-MKD-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Airway Heights, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 9, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1),(b)(1)(C) | | |
| Original Sentence: | Prison - 366 days; TSR - 120 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (January 14, 2022) | Prison - 66 days; TSR - 30 months | | |
| Asst. U.S. Attorney: | Frieda K. Zimmerman | Date Supervision Commenced: | February 21, 2022 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | August 20, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/27/2023, 2/13/2024, 3/4/20242 and 4/19/24.

On February 23, 2022, the conditions of supervision release were reviewed with Twylah Miller. She signed a copy of her judgment indicating an acknowledgment of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Twylah Miller violated the terms of her supervised release by consuming a controlled substance, methamphetamine and amphetamine, on or about April 10, 2024. |

Prob12C
**Re: Miller, Twylah Jean**
**April 26, 2024**
**Page 2**

On April 10, 2024, Ms. Miller reported to the United States Probation Office. At that time, a sweat patch was applied. On April 16, 2024, the sweat patch was removed and sent to the lab for testing. The lab report has since been received and noted a positive result for methamphetamine and amphetamine. Ms. Miller denies use.

It should be noted that a urinalysis was collected on April 18, 2024, that returned as a dilute specimen, indicating efforts to circumvent testing.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/26/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

4/26/2024

Date